Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GENERAL REINSURANCE CORP.
i/s/h/a GENERAL RE SERVICES CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X  21 MC 102 (AKH)

ANTONIO GUERRERO,                                        Index No.: 07-CV-05294

                  Plaintiff(s),      **NOTICE OF ADOPTION OF ANSWER**
                                     **TO MASTER COMPLAINT**
  -against-
                                     **ELECTRONICALLY FILED**
100 CHURCH, LLC, *et al.*,

                  Defendant(s).
------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 4, 2007

            Yours etc.,

            McGIVNEY & KLUGER, P.C.
            Attorneys for Defendant
            GENERAL REINSURANCE CORP. i/s/h/a
            GENERAL RE SERVICES CORP.

            By: _____
              Richard E. Leff (RL-2123)
              80 Broad Street, 23rd Floor
              New York, New York 10004
              (212) 509-3456

TO:  WORBY GRONER & NAPOLI BERN, LLP
    Plaintiffs Liaison
    In Re Lower Manhattan Disaster Site
    Litigation
    115 Broadway, 12th Floor
    New York, New York 10006
    (212) 267-3700

    All Defense Counsel