UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                21 MC 102 (AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

ANTONIO GUERRERO,                                       07-CV-5294 (AKH)

                              Plaintiff,   **NOTICE OF ADOPTION BY
100 CHURCH LLC OF
-against-                                               AMENDED ANSWER TO
MASTER COMPLAINT**

100 CHURCH LLC, ET AL.,

                             Defendants.

**PLEASE TAKE NOTICE** that defendant **100 CHURCH LLC** (hereinafter "100 Church"), as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, herein adopt 100 Church's Amended Answer to Master Complaint dated August 30, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

**WHEREFORE,** 100 Church demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       September 7, 2007

                                       **HARRIS BEACH PLLC**
                                       *Attorneys for Defendant*
                                       100 CHURCH LLC


                                       _____/s/_____
                                       Stanley Goos, Esq.  (SG 7062)
                                       100 Wall Street, 23rd Floor
                                       New York, New York 10005
                                       (212) 687-0100

TO:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

*Liaison Counsel for Plaintiff*

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

*Liaison Counsel for the Defendants*

All Other Defense Counsel

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on September 10, 2007, I caused the following document to be electronically via the Court's ECF system:

1. Notice of 100 Church LLC's Adoption of Amended Answer to Master Complaint.

The undersigned further certifies that on September 10, 2007, I caused the aforesaid documents to be served via First Class Mail upon the following:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

*Liaison Counsel for Plaintiffs*

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

*Liaison Counsel for the Defendants*

Dated: September 10, 2007

/s/
_____
Stanley Goos, Esq. (SG 7062)