UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER       :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION   :
:
:
-----------------------------------------------------------------X
ANTONIO GUERRERO,                    :   07-CV-05294-AKH
:
              Plaintiff,       :
:   **APPEARANCE**
  - against -                       :
:   **ELECTRONICALLY FILED**
100 CHURCH, LLC, *et al.*,           :
:
             Defendants.      :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       October 3, 2007

                          By:    /s/ Judith R. Cohen
                                   _____
                                   Judith R. Cohen (JC-8614)
                                   1177 Avenue of the Americas
                                   New York, New York 10036
                                   Phone: (212) 277-6500
                                   Fax: (212) 277-6501

                                   *Attorney for Defendant*
                                   MERRILL LYNCH & CO., INC.

DOCSNY-271501v01